## Joe.Jennings

**From:** Mills, Laurin [LMills@nixonpeabody.com]
**Sent:** Tuesday, June 27, 2006 7:22 AM
**To:** Joe.Jennings
**Subject:** "Prototype" pictures
**Attachments:** Prototype 004.jpg; Prototype 005.jpg; Prototype 001.jpg; Prototype 003.jpg; Prototype 002.jpg

Joe:

Attached are pictures of the so-called "prototype" that Tim Brackett showed to the PTO.

Laurin

27

EXHIBIT  E



EXHIBIT  E

**Prototype 1**       28



EXHIBIT  E

**Prototype 2**

29



EXHIBIT E

**Prototype 3**

30



**Prototype 4**      EXHIBIT E

31



EXHIBIT E

**Prototype 5**