ORIGINAL

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Applied Medical Resources Corporation, ) | |
| ) | |
| Plaintiff/Counter-defendant, ) | |
| ) | Misc. Case No.: 1:06MS00297 |
| v. ) | |
| ) | |
| Gaya Limited, ) | |
| ) | |
| Defendant/Counter-plaintiff. ) | |
| ) | Honorable Rosemary Collyer |
| ) | |

**APPENDIX OF AUTHORITIES IN SUPPORT OF APPLIED MEDICAL'S OPPOSITION
TO TIMOTHY BRACKETT'S MOTION TO QUASH SUBPOENA,
OR IN THE ALTERNATIVE FOR PROTECTIVE ORDER**

Attached hereto in support of Applied Medical Resources Corporation's ("Applied") Opposition to Timothy Brackett's Motion to Quash Subpoena is a copy of the following authorities which may not be readily available to the Court:

**Appendix A:**   *Evans v. Atwood*, No. Civ. A 96-2746(RMU), 1999 WL 1032811, (D.D.C. Sept. 29, 1999)

**Appendix B:**   *Amicus Communs., L.P. v. Hewlett-Packard Co., Inc.*, Misc. No. 99-0284, 1999 U.S. Dist. LEXIS 20901, (D.D.C. Dec. 3, 1999)

**Appendix C:**   *Corp. for Pub. Broad. v. Am. Auto. Centennial Comm'n*, No. 1:97CV01810, 1999 WL 1815561, (D.D.C. Feb. 2, 1999)

**Appendix D:**   *Genal Strap, Inc. v. Dar*, No. CV 04-1691, 2006 U.S. Dist. LEXIS 11474, (E.D.N.Y. Mar. 3, 2006)

Respectfully submitted,

Dated: Juw 6, 2006        By: _____

Brenton R. Babcock (Bar No. 444,988)
Joseph F. Jennings (*pro hac vice* pending)
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, Suite 1400
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502
*Attorney for Plaintiff/Counter-defendant,*
APPLIED MEDICAL RESOURCES CORP.

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2006, I caused a copy of the foregoing to be served by electronic mail and U.S. Mail, postage prepaid upon:

**Beth L. Mitchell**
**NIXON PEABODY, LLP**
**Two Embarcadero Center, Suite 2700**
**San Francisco, CA 94111-3996**
**Telephone: (415) 984-8200**
**Facsimile:  (415) 984-8300**

**Laurin Mills**
**NIXON PEABODY, LLP**
**401 9th Street N.W. Ste. 900**
**Washington, D.C. 20004**
**Telephone: (202) 585-8000**
**Facsimile: (202) 585-8080**

*Lori Hicks*
Lori Hicks

2730902
070606