UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Applied Medical Resources Corporation, )<br>)<br>Plaintiff/Counter-defendant, )<br>)<br>v. )<br>)<br>Gaya Limited, )<br>)<br>Defendant/Counter-plaintiff. )<br>)<br>) | Misc. Case No.: 1:06MS00297<br><br>Honorable Rosemary Collyer |

## MOTION FOR ADMISSION *PRO HAC VICE* OF JOSEPH F. JENNINGS

In accordance with LCvR 83.2(d), the undersigned respectfully moves for the admission *pro hac vice* of Joseph F. Jennings, of the law firm Knobbe, Martens, Olson & Bear, LLP, located at 2040 Main Street, 14th Floor, Irvine, California 92614, (949) 760-0404, for the purposes of appearing on behalf of Plaintiff/Counter-defendant Applied Medical Resources Corporation, in the above-styled case only. Counsel for Gaya Limited and Mr. Brackett have been informed of this motion and they do not oppose.

Respectfully submitted,

Dated: June 28, 2006

By: _____
Brenton R. Babcock (Bar No. 444,988)
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, Suite 1400
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502
*Attorney for Plaintiff/Counter-defendant*
APPLIED MEDICAL RESOURCES CORP.

RECEIVED
JUN 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2714754
062706

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June, 2006, I caused a copy of the foregoing to be served by electronic mail and U.S. Mail, postage prepaid upon:

Beth L. Mitchell
NIXON PEABODY, LLP
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Laurin Mills
NIXON PEABODY, LLP
401 9th Street N.W. Ste. 900
Washington, D.C. 20004
Telephone: (202) 585-8000
Facsimile: (202) 585-8080

_____
Lori Hicks

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Applied Medical Resources Corporation, )<br>)<br>Plaintiff/Counter-defendant, )<br>)<br>v. )<br>)<br>Gaya Limited, )<br>)<br>Defendant/Counter-plaintiff. )<br>)<br>_____ ) | Misc. Case No.: 1:06MS00297<br><br>Honorable Rosemary Collyer |

**AFFIDAVIT OF JOSEPH F. JENNINGS**
**IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE***

JOSEPH F. JENNINGS, being duly sworn, deposes and says:

1. I am an attorney duly licensed to practice law in the State of California (Bar # 145,920). I am a partner of the law firm of Knobbe, Martens, Olson & Bear, LLP, located at 2040 Main Street, 14th Floor, Irvine, CA 92614. I was admitted to the California bar in 1990 and remain a member in good standing. I have also been admitted to practice before the following Courts:

| COURTS TO WHICH ADMITTED | DATE OF ADMISSION |
|---|---|
| U.S. Court of Appeals for the Federal Circuit | November 8, 1993 |
| U.S.D.C. for the Central District of Calif. | April 26, 1990 |
| U.S.D.C. for the Northern District of Calif. | November 7, 1990 |
| U.S.D.C. for the Southern District of Calif. | March 17, 1992 |
| U.S.D.C. for the District of Arizona | January 25, 1993 |

2. I certify that I have not been disciplined by any bar.

3. I have not been admitted *pro hac vice* to the United States District Court for the District of Columbia within the last two years.

4. My sponsor, Brenton R. Babcock, is a partner at Knobbe, Martens, Olson & Bear, LLP, he is a member of the D.C. Bar and familiar with local rules and practices.

5. I agree to familiarize myself with all applicable local laws, rules and codes governing the practice of law in the District, including the applicable disciplinary rules.

6. In light of the above, I respectfully request that the Court grant this motion for admission *pro hac vice*.

I declare under penalty of perjury that the foregoing is true and correct.

_____
JOSEPH F. JENNINGS

STATE OF CALIFORNIA )
                                      )
COUNTY OF ORANGE    )

On June 28, 2006, before me, Ashanti Falcon, a Notary Public, personally appeared <u>Joseph F. Jennings</u>, personally known to me to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature

2714481
062706

[Notary Seal: ASHANTI S. FALCON, Commission # 1371627, Notary Public - California, Orange County, My Comm. Expires Aug 24, 2006]

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June, 2006, I caused a copy of the foregoing to be served by electronic mail and U.S. Mail, postage prepaid upon:

Beth L. Mitchell
NIXON PEABODY, LLP
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Laurin Mills
NIXON PEABODY, LLP
401 9th Street N.W. Ste. 900
Washington, D.C. 20004
Telephone: (202) 585-8000
Facsimile: (202) 585-8080

_____
Lori Hicks

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June, 2006, I caused a copy of the foregoing to be served by electronic mail and U.S. Mail, postage prepaid upon:

Beth L. Mitchell
NIXON PEABODY, LLP
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Laurin Mills
NIXON PEABODY, LLP
401 9th Street N.W. Ste. 900
Washington, D.C. 20004
Telephone: (202) 585-8000
Facsimile: (202) 585-8080

_____
Lori Hicks

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Applied Medical Resources Corporation, ) <br> ) <br> Plaintiff/Counter-defendant, ) <br> ) <br> v. ) <br> ) <br> Gaya Limited, ) <br> ) <br> Defendant/Counter-plaintiff. ) <br> ) <br> ) | Misc. Case No.: 1:06MS00297 <br><br> Honorable Rosemary Collyer |

## ORDER FOR ADMISSION *PRO HAC VICE*

Upon consideration of Plaintiff/Counter-defendant's Motion for the admission of Joseph F. Jennings, *pro hac vice*, to the bar of this Court, the entire record herein, and good cause appearing, it is hereby

ORDERED that Plaintiff/Counter-defendant's motion for the *pro hac vice* admission of Joseph F. Jennings to the Bar of this Court is GRANTED, and

ORDERED that Joseph F. Jennings be admitted *pro hac vice* to the Bar of this Court.

Issued this ____ day of _____, 2006.

_____
Judge, United States District Court
for the District of Columbia

2714858
062706

- 1 -